UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

HAROLD LEE REDHOUSE, JR,

    Petitioner,

v.                                                     Civ. No. 19-814 MV/GJF

UNITED STATES OF AMERICA,

    Respondent.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court *sua sponte* in connection with Petitioner's 28 U.S.C. § 2255 habeas proceeding. Several mailings to Petitioner have been returned as undeliverable. *See* ECFs 3-4. It appears that Petitioner has not advised the Court of his new address, as required by D.N.M. LR-Civ. 83.6. *See also Bradenburg v. Beaman,* 632 F.2d 120, 122 (10th Cir. 1980) (stating that "[i]t is incumbent on litigants, even those proceeding *pro se*, to follow the federal rules of procedure" and emphasizing that "[t]he same is true of simple, nonburdensome local rules" (citations omitted)).

**IT IS THEREFORE ORDERED** that, **no later than March 20, 2020**, Petitioner shall update his address or show cause why this action should not be dismissed. Failure to timely comply may result in dismissal of this action without further notice.

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE